**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | | |
|---|---|---|
| ESU PURSUITS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:25-cv-02633-EFM-BGS |
| | ) | |
| v. | ) | |
| | ) | |
| TREVOR PLACE, et. al | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

NOW COMES Plaintiff, ESU Pursuits, LLC and hereby gives notice of voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant has neither served an Answer nor a motion for summary judgment in this matter. Accordingly, this dismissal is effective upon filing and is without prejudice unless otherwise stated.

Respectfully submitted,

LAW OFFICE OF RONALD E SANDHAUS, LLC

/s/ Ronald E. Sandhaus
Ronald E. Sandhaus, KS. No. 20666
5174 West 114th Place
Leawood, KS 66211
Phone: (913) 906-0010
E-mail: rsandhaus@noflawlaw.com
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Defendant's Notice of Dismissal was served this 15th day of March, 2026 by filing the same with the Court's electronic filing system which will provide notice of the above response to all parties entitled thereto.

/s/ Ronald E. Sandhaus
Ronald E. Sandhaus